UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jonathan Barasa Hiten,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendants. | No. 1:26-cv-02646-GSA<br><br>ORDER GRANTING DEFENDANT'S EXTENSION REQUEST IN PART |

The parties stipulate to a 21-day extension to August 31, 2026 for Defendant to file a cross-motion for summary judgment.

Accordingly, it is **ORDERED** that Defendant's deadline to file a cross-motion for summary judgment is extended to and including August 31, 2026.

IT IS SO ORDERED.

Dated: **August 7, 2026**

**/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE